IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Bridgett Morgan,                          :

        Plaintiff          :          Civil Action 2:12-cv-00700

v.                                        :          Judge Graham

Sulina Moler,                             :          Magistrate Judge Abel

        Defendant          :

**ORDER**

Plaintiff Bridgett Morgan brings this action against defendant Sulina Moler. This matter is before the Court on Magistrate Judge Abel's October 12, 2012 Initial Screening Report and Recommendation that recommended that the complaint be dismissed for failure to state a claim (doc. 6). No objections were filed to the Report and Recommendation.

On October 25, 2012, defendant Sulina Moler filed a counterclaim against plaintiff.[1] Although Rule 8(a)(2) requires only "a short and plain statement of the claim showing that the pleader is entitled to relief," it is not true that notice pleading means

---

[1] There is no evidence on the docket that defendant Sulina Moler was served with summons and complaint. The purported counterclaim is not signed by Sulina Moler but by Selina Miller, P.O. Box 13043, Columbus, Ohio 43213. Selina Miller is a vexatious litigant who has been barred from filing a civil action unless a Magistrate Judge first determines that it states a claim for relief. *Selina R. Miller v. Ohio Board of Regents*, Case no. 2:01-cv-00550, doc. 26. Selina R. Miller's address is P.O. Box 13043, Columbus, Ohio 43213. *See Selina Miller v. Images 2 Portraits*, Case no. 2:12-mc-00039, doc. 2.

1

that a counterclaim need plead no facts. Here the counterclaim does not allege the date(s) on which any actionable event took place. Further, it does not plead any facts that would give plaintiff notice of the claims and the grounds on which they rest.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation. This action is hereby **DISMISSED**.

James L. Graham
United States District Judge